IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Meyran's 3, Inc. )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:21-cv—526-NBF
)
)
)
)
Wilshire Insurance Company )
Defendant(s) )

**REPORT OF NEUTRAL**

A __MEDIATION__ session was held in the above captioned matter on __6-24-2024__.

The case (please check one):
    __x__ has resolved
    ____ has resolved in part (see below)
    ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Dated: _____

s/ Eugene F. Scanlon, Jr.
Signature of Neutral

Rev. 09/11