# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEYRANS 3, INC., | CIVIL ACTION NO. 2:21-cv-00526 |
| Plaintiff, | |
| v. | |
| WILSHIRE INSURANCE COMPANY, | |
| Defendant. | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant pursuant to Fed.R.Civ.P. 41(a).

Dated: August 15, 2024         Respectfully submitted,

/s/ Brad N. Sommer_____
Brad N. Sommer (PA ID #87312)
T. Corey Zutz (PA ID# 325811)
SOMMER LAW GROUP, P.C.
6 Market Square
Pittsburgh, PA 15222
(412) 471-1266
*Counsel for Plaintiff*

/s/ David E. Edwards_____
Marc Penchansky (PA ID #88934)
David E. Edwards (PA ID #67961)
WHITE AND WILLIAMS, LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
(215) 864-7000
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation to Dismiss was filed electronically on the date indicated below, and is available for viewing and downloading from the ECF System maintained by the Western District of Pennsylvania and was served by e-mail on:

Marc Penchansky, Esquire
David E. Edwards, Esquire
White and Williams, LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia PA 19103-7395
Edwardsd@whiteandwilliams.com
Penchanskym@whiteandwilliams.com

Dated: <u>August 15, 2024</u>     SOMMER LAW GROUP, P.C.

*/s/ Brad N. Sommer*_____
BRAD N. SOMMER, ESQUIRE
6 Market Square
Pittsburgh, PA 15222
(412) 471-1266
BNS@sommerlawgroup.com
*Counsel for Plaintiff*